NO. 07-11-0104-CV

 IN THE COURT OF APPEALS

 FOR THE SEVENTH DISTRICT OF TEXAS

 AT AMARILLO

 PANEL C

 APRIL 29, 2011

 ______________________________

 DUTCHER'S AUTO COLLISION REPAIR, LLC, APPELLANT

 V.

 LUIS AGUILAR, APPELLEE

 _________________________________

 FROM COUNTY COURT AT LAW NO. 2 OF POTTER COUNTY;

 NO. 98,764-2; HONORABLE PAMELA COOK SIRMON, JUDGE

 _______________________________

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.
 MEMORANDUM OPINION
 Pending before this Court is Appellant's Motion to Dismiss Cause of Action in which Appellant, Dutcher's Auto Collision Repair, LLC, represents it has settled its claims with Appellee, Luis Aguilar. Without passing on the merits of the case, we grant Appellant's motion and dismiss this appeal with prejudice. Tex. R. App. P. 42.1(a)(1). No agreement by the parties on costs having been presented in the motion, costs will be taxed against Appellant. Tex. R. App. P. 42.1(d). Having dismissed the appeal at Appellants request, no motion for rehearing will be entertained and our mandate will issue forthwith.
 Patrick A. Pirtle
 Justice